IN RE:  CASE NO. 08-51997-S

RAY H. SCHOLTEN
JENNIFER A. SCHOLTEN  CHAPTER 7
      Debtors

REPORT OF DIVIDEND
UNDER FIVE DOLLARS

FILED 2011 APR 21 PM 12: 37 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO, AKRON

    Harold A. Corzin, Trustee herein, reports that check #110 in the amount of $4.47 was issued on April 6, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                            Amt. of Dividend

Claim #20    Summa Health System           $    4.47
            Patient Accounting
            PO Box 2090
            Akron, Ohio  44398-6153

TOTAL:                                                  $    4.47

                                             _____
                                             HAROLD A. CORZIN, TRUSTEE
                                             304 N. Cleveland-Massillon Rd.
                                             Akron, Ohio 44333
                                             (330) 670-0770

April 9, 2011

*[handwritten: ck # 110 / Receipt # 82302]*